# TED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **STEVEN BELL** | **CIVIL DOCKET NO. 6:23-CV-01502** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN LOUISIANA STATE PENITENTIARY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## **JUDGMENT**

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 7], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DISMISSED WITHOUT PREJUDICE to petitioner's right to file a motion in the United States Court of Appeals for the Fifth Circuit for leave to file a successive § 2254 petition.

THUS, DONE AND SIGNED in Chambers this 19th day of January, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE